## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **:** |
| | **:** |
| **v.** | **: CRIMINAL NUMBER: 7:12-CR-14 (HL)** |
| | **:** |
| **WALTER YOUNG** | **:** |
| _____ | **:** |

## ORDER OF CONTINUANCE

The defendant in the above-styled case was indicted on March 15, 2012, and arraigned on March 19, 2012.  The parties will shortly initiate discovery and engage in plea negotiations aimed at resolving the matter.   The Defendant is not currently in custody.  The parties have jointly moved of this continuance to permit time to resolve the matter.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the next regularly scheduled term of Court for the Valdosta Division of this district and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h).

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i), and that failure to grant such continuance would deny counsel for the defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(7)(B)(iv).

SO ORDERED, this 27th  day of  March, 2012.


s/Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:

TONA M. BOYD
S/TONA M. BOYD
TRIAL ATTORNEY - CIVIL RIGHTS DIVISION - DEPARTMENT OF JUSTICE
Consented by:

/s/ Matthew Tucker
Matthew Tucker
Attorney for Defendant
[signature by TMB w/express permission]