**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

v.

**WALTER YOUNG,**

    Defendant.

Case No. 7:12-CR-14 (HL)

### ORDER

On August 10, 2012, the Government filed a Motion for the Court to Reconsider Conditions of Release (Doc. 45). The Government states that it was informed by the FBI that Defendant reportedly threatened to harm himself and others if convicted at trial. The Government seeks to modify Defendant's conditions of release. Defendant is scheduled to be sentenced on October 29, 2012.

The Government's motion will be heard by the Court on August 23, 2012 at 9:30 a.m. in Macon. Defendant is ordered to appear at the hearing.

**SO ORDERED**, this the 13th day of August, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh